AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Montana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Zachary Vernon Stephens | ) | Case No. |
| | ) | MJ-21-11-BU-KLD |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 6, 2021 in the county of Gallatin in the State and District of Montana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2423(b) | Travel with intent to engage in illicit sexual conduct |

This criminal complaint is based on these facts:
SEE AFFIDAVIT, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan M. Tjernagel, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 15, 2021

_____
*Judge's signature*

City and state: Missoula, Montana

Kathleen L. DeSoto, United States Magistrate Judge
*Printed name and title*